FILED
DISTRICT COURT OF GUAM
SEP 27 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. AGUON,<br><br>    Defendant. | CRIMINAL CASE NO. 90-00073 |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD M. SARMIENTO,<br><br>    Defendant. | CRIMINAL CASE NO. 91-00073<br><br>**O R D E R** |

On May 3, 1995, the Court received payment in the amount of $100.00, receipt number 0011633, which was misapplied to Case No. CR-91-00073 (Exhibit A). The Clerk's Office verified with the Financial Litigation Unit of the U.S. Attorney's Office that said payment should have been applied to Criminal Case 90-00073, Defendant Michael J. Aguon.

//

Therefore, it is hereby ordered that the payment of $100.00 shall be transferred from CR-91-00073 to CR-90-00073.

DATED this **27th** day of September, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

```
          RECEIPT FOR PAYMENT
          DISTRICT COURT OF GUAM

              at AGANA, GUAM

Rcpt #: 0011633    Date: 05/03/95

Received From:
    AGUON, MICHAEL J.
    ███████████████
    DEDEDO, GUAM   96912

==================================
CR-91-00073
Assessments/Fines
==================================
      Account         Amount
      -------         ------
      504100          $100.0
                      ==========
          Total:      $100.00

Payment Tendered:
         Cash :       $100.00
         Check:         $0.00
         M.O.:          $0.00
                      ==========
                      $100.00

Change Due:             $0.00

==================================
Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.
==================================

Deputy
Clerk:  /s/ Marilyn B. Alcon
        Marilyn B. Alcon
```

**EXHIBIT A**